IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE M. SIMMONS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN B. JARVIS, in His Official Capacity as Director of the National Park Service; SALLY JEWELL, in Her Official Capacity as Secretary of the United States Department of the Interior; and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 8:13CV00098<br><br>AMENDED ORDER TO RESTRICT ACCESS AND PROTECTIVE ORDER |

　　　　Upon consideration of the Unopposed Motion to Restrict Access to Select Map Sets, Filing No. 19, and the Stipulation for Entry of Protective Order, Filing No. 20, IT IS HEREBY ORDERED:

　　　　1.　　Access to the portions of the Administrative Record, specifically the map sets, bates stamped pages AR_004460-AR_004529, containing information concerning the location of paleontological sites which were developed and analyzed as part of the process of designating boundary alternatives for the Niobrara National Scenic River, shall be restricted to the Parties and the Court which are directly involved in this case.

　　　　2.　　All documents, including the map sets, bates stamped pages AR_004460-AR_004529, shall be disclosed to Plaintiff for use in preparing Plaintiff's case.

　　　　3.　　Plaintiff shall treat the information as confidential, but may disclose the information to retained experts and others as necessary in the preparation of Plaintiff's

case. Plaintiff shall not disclose the information to any other party, or use the information for any purpose other than presenting this lawsuit, without further order of the Court.

4. Plaintiff will return the documents to the Defendants within 60 days after completion of the litigation. Plaintiff may retain subsequent to this litigation one copy of any map which case specifically addresses paleontological sites on Plaintiff's property, and Plaintiff agrees to keep such information confidential and to use such maps only for the purpose of presenting this lawsuit.

DATED this 5th day of September, 2013.

s/Thomas D. Thalken
THOMAS D. THALKEN
United States Magistrate Judge

2