IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE M. SIMMONS,<br><br>            Plaintiff,<br><br>    vs.<br><br>JONATHAN B. JARVIS, in his official capacity as Director of the National Park Service; KENNETH L. SALAZAR, in his official capacity as Secretary of the United States Department of the Interior; and UNITED STATES OF AMERICA,<br><br>            Defendants. | 8:13CV0098<br><br>MEMORANDUM AND ORDER |

The parties disagree on whether this court has subject matter jurisdiction on Count I of the Complaint, whether the plaintiff has standing to pursue the claims alleged, and whether discovery can be allowed on Court II in this case. (Filing No. 27). Accordingly,

IT IS ORDERED:

1) The deadline for filing Plaintiff's motion to amend complaint, if any, is January 10, 2014.

2) On or before January 17, 2014, the defendants shall file their motion to dismiss for lack of jurisdiction or for failure to state a claim on Count I, their motion to dismiss for lack of standing, their motion to deny discovery, and any opposition to any motion to amend filed by the plaintiff..

3) Plaintiff's brief in opposition to the defendants' motions to dismiss and motion to deny discovery shall be filed on or before February 14, 2014.

4) Defendants' reply brief shall be filed on or before February 28, 2014.

5) No discovery will be initiated until the Court rules on the defendants motions.

December 9, 2013.                                              BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*<br>                                                                       United States Magistrate Judge