IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE M. SIMMONS,<br><br>        Plaintiff,<br><br>vs.<br><br>JONATHAN B. JARVIS, in his official capacity as Director of the National Park Service; SALLEY JEWELL, in her official capacity as Secretary of the United States Department of the Interior; and UNITED STATES OF AMERICA,<br><br>        Defendants. | 8:13CV0098<br><br>MEMORANDUM AND ORDER |

Consistent with the court's prior order, (Filing No. 45), and the parties' rule 26(f) report, (Filing No. 47),

IT IS ORDERED:

1) The deposition deadline is December 1, 2014.

2) The parties' motions for summary judgment shall be filed on or before March 2, 2015, with any responses filed on or before April 2, 2015, and any replies filed on or before April 16, 2015.

3) Any motion to permit disclosure of expert witnesses shall be filed on or before November 17, 2014.

Dated this 26th day of August, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge