IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE M. SIMMONS, | ) | 8:13CV98 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JONATHAN B. JARVIS, in his | ) | |
| official capacity as Director of the | ) | |
| National Park Service; SALLY | ) | |
| JEWELL, in her official capacity as | ) | |
| Secretary of the United States | ) | |
| Department of the Interior; and the | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the court's Memorandum and Order filed this date,

JUDGMENT IS ENTERED providing that this matter is remanded to the National Park Service with directions to remove from the Niobrara Scenic River area that portion of Plaintiff's property that was added to the area by changing Boundary Alternative 3 on January 10, 2003.

DATED this 12th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge